UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER LEON SMITH,<br><br>Plaintiff,<br><br>v.<br><br>LAKEWOOD POLICE DEPT., *et al*.,<br><br>Defendants | No. 09-5446 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION WITHOUT PREJUDICE |

This matter comes before the Court on the recommendation of the Magistrate Judge that this prisoner civil rights action be dismissed. As detailed by the Magistrate Judge, despite being given the opportunity to cure his complaint, the Plaintiff's amended civil rights complaint challenges the propriety of Plaintiff's arrest and validity of a police search leading to his conviction.

Plaintiff may not maintain a 42 U.S.C. § 1983 action unless and until the conviction or sentence is reversed, expunged, invalidated, or impugned by the grant of a writ of habeas corpus. Heck v. Rodriquez, 512 U.S. 477, 487(1994). Plaintiff's challenge would necessarily imply the invalidity of the judgment or continuing confinement, and must be brought as a petition for a writ of habeas corpus, not under § 1983. Butterfield v. Bail, 120 F.3d 1023, 1024 (9th Cir. 1997).

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The action is DISMISSED WITHOUT PREJUDICE as Plaintiff must receive relief by way of Habeas Corpus prior to the claims accruing.

(3) The Clerk is directed to send copies of this Order to Plaintiff, and to the Hon. J. Richard Creatura.

DATED this 13th day of October, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 2