# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER LEON SMITH

JUDGMENT IN A CIVIL CASE

v.

LAKEWOOD POLICE DEPT., *et al.,*

CASE NUMBER: C09-5446FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The action is DISMISSED WITHOUT PREJUDICE as Plaintiff must receive relief by way of Habeas Corpus prior to the claims accruing.

| October 15, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk